

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2016

No. 04-16-00651-CV

**L.D. BRINKMAN INVESTMENT CORPORATION**, L.D. Brinkman Jr., Pamela Brinkman
Stone and Charles Thomas,
Appellants

v.

Kathleen Sparrow **BRINKMAN**, Individually and as Executor of the Estate of Lloyd D.
Brinkman, Deceased,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 16331B
Honorable Rex Emerson, Judge Presiding

# O R D E R

     This is an accelerated appeal from a trial court's order granting a temporary injunction.
Appellants filed a "Motion to Review Trial Court's Refusal to Set Supersedeas Bond." After
review, we **DENY** appellants' motion.

_____
Marialyn Barnard, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 4th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court